```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

JOHN C. TARMAS,

      Plaintiff,

v.                                  Case No. 3:07-cv-290-J-32HTS

DONALD C. WINTER,
Secretary of the Navy,

      Defendant.

## **O R D E R**

This cause is before the Court on Plaintiff's Motion to Enlarge Expert Rebuttal Report Deadline (Doc. #82; Motion). While recognizing the Motion represents Defendant opposes the extension, *see* Motion at 17, in view of the status of this case the Court will permit production of Plaintiff's expert rebuttal report on or before June 12, 2009. The Motion (Doc. #82) is thus **GRANTED** in that regard. However, Mr. Tarmas should not anticipate any further extensions of the deadline. Finally, the deadline for supplementation of settlement memoranda is reset to June 17, 2009.

      **DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of May, 2009.

                                          /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record
     and pro se parties, if any